UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES LAMAR,

    Plaintiff,

v.                                                                                                        Case No. 2:10-cv-10181
                                                                                                           Hon. Patrick J. Duggan

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

Based upon agreement between the parties, as evidenced by the signatures of their attorneys below, and the Court being advised in the premises, it is hereby ordered that the case is dismissed with prejudice and without costs, interest, expenses or attorneys' fees to either of the parties.

**This Order disposes of all pending claims and closes this case.**

                              S/Patrick J. Duggan
                              Patrick J. Duggan
                              United States District Judge

Dated: June 11, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 11, 2010, by electronic and/or ordinary mail.

                              S/Marilyn Orem
                              Case Manager

Approved as to form and substance.
Notice of entry waived.

| | |
|---|---|
| s/Michael Caine (P63546) | s/Paul H. Johnson, Jr.(P26871) |
| MICHAEL CAINE & ASSOCIATES, P.C. | PATRICK, JOHNSON & MOTT, P.C. |
| Attorney for Plaintiff | Attorneys for Defendant |
| 19025 Grand River Avenue | 27777 Franklin Road, Suite 1400 |
| Detroit, Michigan 48223 | Southfield, Michigan 48034 |
| (313) 838-9711 | (248) 356-8590 |
| mcaine@mcainepc.com | pjohnson@pjmpc.com |